UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


KYLE TURRI,

              Plaintiff,                      Case No. 23-cv-13119
                                             Hon. Matthew F. Leitman

v.

McLAREN HEALTH
CARE CORPORATION,

              Defendant.

_____/

## ORDER PROHIBITING FILINGS IN THIS ACTION
## UNTIL FURTHER ORDER OF THE COURT

On December 8, 2023, Plaintiff Kyle Turri filed this putative class action against Defendant McLaren Health Care Corporation. (*See* Compl., ECF No. 1.) The Court intends to hold a status conference to discuss next steps in this case. Until the Court holds that status conference, and until further order of the Court, there shall be no filings in this action other than attorney appearances. In other words, McLaren need not answer or otherwise respond to the Complaint prior to the status conference.

      **IT IS SO ORDERED**.


                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated:  December 21, 2023

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 21, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2